## United States Bankruptcy Court
### Northern District of Florida

In re   **Southeastern Consulting & Development Company, Inc.**      Case No. _____
                                                                      Debtor(s)      Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **5-17-11**                        /s/ Louis S. Weltman
                                                                         Louis S. Weltman/President
                                                                         Signer/Title

Allied Waste Services #463
Gulf Coast Waste
PO Box 9001660
Louisville, KY 40290-1660


Ashworth, Inc.
File 51141
Los Angeles, CA 90074-1141


Atlas Pen & Pencil Corp.
PO Box 553673
Detroit, MI 48255-3673


BB & T
1800 Second Street
Suite 100
Sarasota, FL 34236


Beard Equipment Co.
2480 E. I-65 Service Road North
North Mobile, AL 36617


Bill Salter Advertising, Inc.
PO Box 761
Milton, FL 32572


Callaway Golf Company
PO Box 9002
Carlsbad, CA 92018-9002


Contech Construction Products, Inc.
9025 Centre Pointe Drive
Suite 400
West Chester, OH 45069


Devant Sport Towels
PO Box 643722
Cincinnati, OH 45264-3722


Dixie PGA Section
1300 Ballantrae Club Dr.
Pelham, AL 35124

```
Fairpoint Communications - 642
PO Box 70994
Charlotte, NC 28272-0994


First Florida Bank
PO Box 128
Destin, FL 32540


Golf Associates Scorecard Company
PO Box 6917
Asheville, NC 28816


Harrell's
PO Box 402927
Atlanta, GA 30384-2927


Heritage Plantation CDD
3434 Colwell Ave.
Suite 200
Tampa, FL 33614


Hill Ward Henderson P.A.
PO Box 2532
Tampa, FL 33601-2532


Himes Signs, Inc.
PO Box 5324
Destin, FL 32540


Hyatt & Stubblefield, P.C.
Peachtree Center South Tower
225 Peachtree St. NE, Suite 1200
Atlanta, GA 30303


John Deere Credit
PO Box 650215
Dallas, TX 75265-0215


Kimball Midwest
Dept. L-2780
Columbus, OH 43260-2780
```

Kubota Credit Corporation USA
PO Box 0559
Carol Stream, IL 60132-0559


LESCO, Inc.
24110 Network Place
Chicago, IL 60673-1241


Marbas USA
162 B Kerns Ave.
Greenville, SC 29609


Military Media Inc.
417 Racetrack Road NW
Ste. E
Fort Walton Beach, FL 32547


Mitchem, Jerry D.
1645 Dad's Road
Baker, FL 32531


Mobile Mini, Inc.
PO Box 79149
Phoenix, AZ 85062-9149


Mowrey Elevator Co of Florida, Inc.
4518 Lafayette St.
Marianna, FL 32446


National Consulting Services, Inc.
HC1 Box 2362
Tannersville, PA 18372


Okaloosa County
Property Tax Collector
73 Eglin Parkway NE, Suite 201
Ft. Walton Beach, FL 32548


Page & Tuttle
5500 Feltl Road
Minnetonka, MN 55343-7902

```
Powerplan
PO Box 650215
Dallas, TX 75265-0215


R&R Products, Inc.
3334 E Milber St.
Tucson, AZ 85714


Regal Chemical Company
PO Box 403368
Atlanta, GA 30384-3368


Rental Inc.
127 Griffin Blvd.
Panama City Beach, FL 32413


RPI Media, Inc.
265 Racine Dr.
Suite 201
Wilmington, NC 28403


Shutts & Bowen LLP
1500 Miami Center
201 S Biscayne Blvd.
Miami, FL 33131-9767


South Coast Golf Guide
PO Box 11278
Pensacola, FL 32524-1278


Strange RSS, LLC
6749 Hwy. 183 S.
Ponce de Leon, FL 32455


Sumblin Farm
dba Mod Sod
PO Box 345
Kinston, AL 36453


T-Gill Fuels, Inc.
PO Box 890145
Charlotte, NC 28289-0145
```

```
Taylor Made Golf Company, Inc.
PO Box 406043
Atlanta, GA 30384-6043


The Water Spigot, Inc.
5806 Highway 22
Panama City, FL 32404


Trustmark National Bank
238 Scenic Gulf Drive
Miramar Beach, FL 32550


Williams Scotsman
PO Box 91975
Chicago, IL 60693-1975


Yamaha
USA Dept. CH14022
Palatine, IL 60055-0586


Yellow Book - Mid Atlantic
PO Box 347
Newark, NJ 07101-0347
```