UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:                                          Chapter 11 Case

SOUTHEASTERN CONSULTING &
DEVELOPMENT, INC.,                              Case No. 11-40398-LMK
A Florida Corporation

        Debtor
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Administrative Order 05-001, Southeastern Consulting &
Development Company, Inc. ("SCDC") files this *Chapter 11 Case Management Summary* and
states:

The following data and the data set forth in the attached exhibits represent
approximations for background information only and the information may represent the Debtor's
reasonable estimate in response to some of the ensuing questions.

1.      Date of Order for Relief under chapter 11 (filing date of petition if voluntary
        chapter 11 petition:

        **The Debtor filed a Voluntary Chapter 11 Petition in the United States
        Bankruptcy Court for the Tallahassee Division of the Northern District of
        Florida on May 17, 2011 (the "Petition Date").**

2.      Names, case numbers and dates of filing of related debtors:

        **Not Applicable.**

3.      Description of Debtor's business:

        **The Debtor operates as a developer of master planned and subdivided
        residential communities as well as commercial property.   The Debtor's
        operations have historically been centered in the Emerald Coast markets of
        Bay, Santa Rosa and Okaloosa Counties, Florida.   Presently, the Debtor**

owns several parcels of developed and developable income producing property.

See attached Exhibit "A" for a more detailed description of the Debtor, its operations, and its assets and liabilities.

4.    Location of Debtor's operations and whether the business premises are leased or owned:

The Debtor's principal office is located in space owned by an affiliate of the Debtor at 502-C Capital Circle S.E., Tallahassee, FL 32301.

Heritage Plantation is an assemblage of 4 contiguous parcels of land located on I-85 in Laurel Hill, Okaloosa County, Florida. Heritage Plantation is located 35 miles from the Gulf of Mexico and 10 miles north of Interstate 10 on Highway 85. The property is 20 miles from the Ft. Walton Beach Regional Airport; 37 miles from the Destin Hard Rock Café and Destin Commons, one of the most upscale shopping areas in Florida; 42 miles from The Silver Sands Factory Stores, one of the largest outlet shopping malls in the US and 9 miles from the closest hospital.

5.    Reasons for filing chapter 11:

In 2009, the Heritage Plantation Community Development District (the "CDD") initiated foreclosure proceedings in the First Judicial Circuit of the State of Florida, in and for Okaloosa County, Florida (the "Court") against the Debtor in connection with unpaid Operating & Maintenance Assessments (the "O & M Assessments") and Financing Assessments (the "Financing Assessments"). The O & M Assessments and the Financing Assessments are collectively referred to as the "Assessments". The Court, in response to a Joint Stipulation regarding the CDD's Motion for Summary Judgment, issued a Final Judgment of Foreclosure on November 23, 2010, pursuant to which a foreclosure sale was set for January 5, 2010. Subsequently, the Court, with the consent of the CDD and the Debtor, continued the foreclosure sale until May 18, 2011.

Contributing to the Debtor's inability to pay the Assessments is delays in obtaining entitlements for the development of the Property. In particular, wetland issues falling under the jurisdiction of the Army Corps of Engineers remained unresolved until December 2007, by which time the primary market for the Debtor's prospective Buyer's was in decline.

Otherwise, the Debtor's operations were profitable from its inception until on or about late 2006, when the above referenced market reversals impacted marketing efforts and sales started to decline at Heritage Plantation. The Debtor was unable to rationalize its organization to align overhead to rapidly

contracting revenues owing to a need to deliver on purchase contracts in an escalating cost but declining revenues environment.   Unable to reduce operating costs rapidly enough; the Debtor soon found Assessment and debt service obligations further eroding its cash position.

Initially, operating losses were funded by cash on hand, diminishing cash flow and finally, capital infusions from the former sole shareholder, Stephen C. Riggs.

At the present time, the Debtor is limited in its ability to proceed with vertical construction of its developed lots due to the Assessments and lot release provisions to its other secured lenders, Trustmark National Bank and Branch Banking & Trust, that exceed the market value of the lots.   This circumstance prevents the Debtor from pricing its product competitively to achieve a level of sales that would sustain a marketing effort and related organizational costs.

6.    List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

Stephen C. Riggs, President and Director, resigned May 1, 2011; Louis S. Weltman, President and Director since May 1, 2011; Douglas E. Turner, Vice President and Director since May 1, 2011.

No direct compensation has been paid to the above.

7.    Debtor's fiscal or calendar year to date gross income and the Debtor's gross income for the calendar or fiscal year prior to the filing of the petition:

2011 Gross Income Year to Date:  $0

2010 Gross Income:  $0

8.    Amounts owed to various creditors:

See attached Exhibit "B1" for list of Secured Creditors; See attached Exhibit "B2" for list of Unsecured Creditors.

9.    General description and approximate value of the Debtor's assets:

All of the Company's assets are located on west side of Route 85 in Crestview, Florida, except as indicated:

Heritage Plantation -- 116 developed Phase I Lots

Heritage Plantation -- 125 developed Phase II Lots

**539 Undeveloped Phase II and III Lots**

**100 Acres of Developed Golf Course Property**

**Timber Rights**

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:

**As of the Petition Date, all insurance policies had lapsed. Liability insurance is now in place. See Exhibit "C" for the certificate of insurance.**

11. Number of employees and amount of wages owed as of petition date:

**None.**

12. Anticipated emergency relief to be requested within 14 days from the petition date:

**None.**

**Dated this 20th day of May, 2011.   Respectfully submitted,**

**Southeastern Consulting & Development Company, Inc.**

**Louis S. Weltman, President**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on the 20th day of May, 2011, by electronic transmission through the Court's CM/ECF system upon all parties on the attached Service List.

> BERGER SINGERMAN, P.A.
> *Proposed Counsel for Debtor*
> 125 South Gadsden Street, Suite 300
> Tallahassee, FL 32301
> Tel. (850) 561-3010
> Fax (850) 561-4013
>
> By:   /s/   *Brian G. Rich*
>       Brian G. Rich
>       Florida Bar No. 38229
>       brich@bergersingerman.com

## SERVICE LIST

Jason H. Egan on behalf of U.S. Trustee United States Trustee
jason.h.egan@usdoj.gov

Brian G. Rich on behalf of Debtor Southeastern Consulting & Development Company, Inc.
brich@bergersingerman.com,
efile@bergersingerman.com;lmeagher@bergersingerman.com;bwalter@bergersingerman.com

Robert A. Soriano on behalf of Creditor Branch Banking and Trust Company
sorianor@gtlaw.com, sorianor@gtlaw.com;devlind@gtlaw.com

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

**Exhibit "A"**
**Description of the Debtor, its operations, and its assets and liabilities.**

Southeastern Consulting & Development Company, Inc. (the "Debtor") was incorporated on August 23, 2001 as a Florida corporation. The Debtor's purpose is to buy land, create value through the entitlement process by effecting zoning and/or density changes, make infrastructure improvements and either sell developed lots or the project to another entity

Louis S. Weltman is the President of the Debtor; Douglas E. Turner is the Vice President of the Debtor. Phoenix Realty Partners, Inc., a Florida corporation owns 90% of the Debtor's commons stock and Stephen C. Riggs, the founder of the Company, owns the remaining 10% of the common stock.

## PROPERTY DEVELOPMENT HISTORY

The Debtor has developed three (3) communities to date: East Bay Preserve, Heritage Park and Heritage Manor. The Company's developments are located in one of three (Bay, Okaloosa and Santa Rosa) counties in northwest Florida.

    East Bay Preserve: The Debtor acquired East Bay Preserve ("East Bay") for $650,000, a failed real estate development located in Bay County, Florida. Immediately following the purchase, the Debtor removed and replaced installed amenities and then successfully increased density and completed the site infrastructure, including roads, seawalls, underground utilities, landscaping and fencing. The Debtor sold the project at a price that yielded a $2,500,000.00 profit.

    Heritage Park: The Debtor purchased Heritage Park, an unimproved 35 acre tract of land in Santa Rosa County, Florida. As part of its development plan, the Debtor obtained a zoning and density change with Santa Rosa County and designed several features into the overall concept, including waterfalls, pavers and a 1,000 foot brick fence at the entrance. The Debtor also designed the site placing the clubhouse and common area pool on a waterfront lot to increase the value of interior lots. Heritage Park generated $2,100,000 in profits to the Debtor.

    Heritage Manor: The Debtor purchased its third real estate subdivision, Heritage Manor, in two separate land transactions for a total of $1,500,000. Heritage Manor is located in north Okaloosa County, Florida. Following a zoning change, the Debtor obtained the required permits, designed the development, built the roads, installed underground utilities, brick fencing and amenities as part of its development plan to develop and build a 62 lot subdivision. Upon completion of the site development, the Debtor sold the project and a second parcel that was part of the initial purchase, generating $3,100,000 in profit.

## HERITAGE PLANTATION - CURRENT DEVELOPMENT PROJECT

The Debtor has begun development of Heritage Plantation ("Heritage Plantation"), a 1,040 acre golf course and equestrian community. Reece, Hoopes & Fincher from Atlanta, Georgia is the land planner. When completed, Heritage Plantation will be a community of 780 homes.

Heritage Plantation is an assemblage of 4 contiguous parcels of land located on I-85 in Laurel Hill, Okaloosa County, Florida. Heritage Plantation is located 35 miles from the Gulf of Mexico and 10 miles north of Interstate 10 on Highway 85. The property is 20 miles from the Ft. Walton Beach Regional Airport; 37 miles from the Destin Hard Rock Café and Destin Commons, one of the most upscale shopping areas in Florida; 42 miles from The Silver Sands Factory Stores, one of the largest outlet shopping malls in the US and 9 miles from the closest hospital.

Community amenities will include the following:

- Four streams traverse the property, in addition to the existing large lake. The Debtor constructed smaller lakes as part of the site development.

- An "obelisk", similar to the Washington Monument, is the signature entrance feature of the development. This obelisk can be seen more than a mile from the community.

- Heritage Plantation features a Bill Bergin designed golf course, with unique topography elevation changes over 120 feet) constructed by Southeastern Golf, Inc. of Tifton, Georgia.

- The Heritage Plantation 26,000 square foot clubhouse ("Clubhouse") has been designed by the architectural firm of Dougherty & Chavez. The Clubhouse will house (i) Heritage Plantation's golf course operations and pro shop; (ii) a restaurant and grill; (iii) eight hotel rooms to be used by guests and potential lot and home buyers. The architecture of the Club House will tie to the architecture of the Gate House.

- Reminiscent of Europe and different from other US communities, residents of Heritage Plantation drive through a 9,600 square foot Dougherty & Chavez designed gatehouse building ("Gatehouse") when entering or exiting this community. The Gatehouse houses the community's security guards, administrative offices and sales center and will be one of the centers of homeowner activity upon completion of the development. The Gatehouse underscores the differences between Heritage Plantation and other golf or equestrian communities.

- The master plan of Heritage Plantation includes 7 acres of land on Highway 85 directly across from its entrance. The Debtor contemplates building "The Plantation Shoppes" to house such neighborhood shopping as a coffee shop, a sandwich shop, an ice cream shop, a small grocery store, a post office/UPS store and other businesses to service the residents of Heritage Plantation and surrounding areas.

- The Heritage Plantation equestrian facility will sit on fifty (50) acres of the property and board 48 or so horses.

- Other amenities, including a pool, tennis complexes and mini-motel/golf villa.

Significantly, the Debtor will generate recurring revenue from several of its facilities. Through an arrangement with North Light Yacht Club, which is 26 miles from Heritage Plantation, residents are within 30 minutes of the Gulf of Mexico and its bays.

The economy of this area is supported by the military, tourism and industry. Eglin Air Force Base and Hurlburt Field comprise the largest Air Force installation in the USA. Many defense contractors are in this area and support the weapons testing that is centered at Eglin AFB. Hurlburt Field is where all Special Operations for the USA are run from. The US Army will locate approximately 3,000 active duty personnel in the Crestview area in the next two years. The total population growth in Okaloosa County from this move will result in approximately 10,000 new residents.

In June, 2007 Moody's Magazine ranked Ft. Walton Beach (Okaloosa County) #2 in the USA based on its Business Vitality Index. See Economy.com. Golf Course Digest ranked the "Emerald Coast" as the #8 ranked golf retirement area in the US.

Golf Digest ranked Heritage Plantation Golf Course & Country Club as the Number 1 new public golf course in Florida for 2008 and the Number 5 new public golf course in the United States for 2008.

Okaloosa is one of 67 Florida counties, each of which is a school district. Okaloosa has consistently ranked as the #1 rated public school system in the state of Florida.

## Development Status

- Development Agreement with Okaloosa County.
- All county permits issued.
- Traffic concurrency with the Florida Department of Transportation.
- Florida Department of Environmental Regulation permits for golf course construction.
- Wetland issues settled with FDEP.
- US Corps of Engineers approvals for all interior road crossings.
- No wetland or rare species issues exist.
- All permits from all regulatory agencies have been received.
- Phase I (172 lots) has been completed.
- Phase II (125 lots) is complete.
- The golf course has been built and upon completion of renovations, is playable. We plan on opening the golf course April 1, 2008. PGA professional Jeffrey Marks is our director of Golf Operations.

## PROJECTED REVENUE STREAM OF THE DEBTOR

The Debtor will generate one-time and recurring revenues, as follows:

1. Lot sales in Heritage Plantation Golf Course & Country Club
2. Sales of houses built by the Debtor

3. Golf Course Operations, including driving range revenues; Merchandise Sales - Heritage Plantation Pro Shop; Food and beverage sales - golf course
4. Social and Golf memberships - Heritage Plantation Golf Course & Country Club
5. Rental of stalls in the 48 stall equestrian center
6. Golf villa rental profits
7. Lease revenues from the restaurant in the Club House
8. Lease income from the commercial property
9. Waste Water Treatment Plant – (i) tap fees recurring monthly fees

Exhibit "B1" – List of Secured Creditors[1]

| | Secured Creditor | Claim Amount | U/D/C | Description |
|---|---|---|---|---|
| 1 | **BB & T**<br>**David White**<br><br>**Clearwater, FL** | 13,596,304.82 | | Property/Improvements Loan |
| 2 | **Heritage Plantation CDD**<br>**3434 Colwell Ave.**<br>**Suite 200 Tampa, FL  33614** | 12,650,243.20 | | Judgment/Assessments |
| 3 | **Trustmark National Bank**<br><br>**Jack Turnage**<br>**238 Scenic Gulf Drive**<br>**Miramar Beach, FL 32550** | 6,977,670.69 | | Property/Improvements Loan |
| 4 | **Okaloosa County**<br>**Property Tax Collector**<br>**73 Eglin Parkway NE, Suite 201**<br>**Ft. Walton Beach, FL 32548** | 696,129.96 | | Property Taxes |

---

[1] These claims may be subject to dispute and these claims may be partially or fully underscecured.

Exhibit "B2"
List of Unsecured Creditors

| Unsecured Creditor | Zip Code | Claim |
|---|---|---|
| First Florida Bank | 32540 | 200,000.00 |
| John Deere Credit | 75265-0215 | 124,645.26 |
| Williams Scotsman | 60693-1975 | 43,022.32 |
| Hyatt & Stubblefield, P.C. | 30303 | 25,632.77 |
| RPI Media, Inc. | 28403 | 24,615.75 |
| Powerplan | 75265-0215 | 22,633.56 |
| Hill Ward Henderson P.A. | 33601-2532 | 21,422.75 |
| Heritage Plantation CDD | 33614 | 15,900.30 |
| Yamaha | 60055-0586 | 13,417.61 |
| Kubota Credit Corporation USA | 60132-0559 | 11,019.89 |
| The Water Spigot, Inc. | 32404 | 10,363.51 |
| Mobile Mini, Inc. | 85062-9149 | 9,308.36 |
| Shutts & Bowen LLP | 33131-9767 | 8,675.05 |
| Bill Salter Advertising, Inc. | 32572 | 8,052.43 |
| Harrell's | 30384-2927 | 6,503.98 |
| LESCO, Inc. | 60673-1241 | 5,507.25 |
| Regal Chemical Company | 30384-3368 | 5,472.14 |
| South Coast Golf Guide | 32524-1278 | 4,150.00 |
| Jerry D. Mitchem | 32531 | 3,050.00 |
| Taylor Made Golf Company, Inc. | 30384-6043 | 2,926.01 |
| Page & Tuttle | 55343-7902 | 2,618.52 |
| T-Gill Fuels, Inc. | 28289-0145 | 2,226.73 |
| Ashworth, Inc. | 90074-1141 | 2,154.80 |
| Beard Equipment Co. | 36617 | 2,137.64 |
| Sumblin Farm | 36453 | 2,073.23 |
| Dixie PGA Section | 35124 | 2,000.00 |
| Strange RSS, LLC | 32455 | 1,808.50 |
| Rental Inc. | 32413 | 1,724.48 |
| Devant Sport Towels | 45264-3722 | 1,193.23 |
| Marbas USA | 29609 | 1,127.00 |
| R&R Products, Inc. | 85714 | 1,061.39 |
| Himes Signs, Inc. | 32540 | 1,000.00 |
| Military Media Inc. | 32547 | 950.00 |
| Kimball Midwest | 43260-2780 | 925.09 |
| Contech Construction Products, Inc. | 45069 | 923.43 |
| National Consulting Services, Inc. | 18372 | 900.00 |
| Golf Associates Scorecard Company | 28816 | 895.90 |
| Mowrey Elevator Co of Florida, Inc. | 32446 | 875.00 |
| 642 - Fairpoint Communications | 28272-0994 | 809.93 |
| Allied Waste Services #463 | 40290-1660 | 741.40 |
| Atlas Pen & Pencil Corp. | 48255-3673 | 727.87 |
| Callaway Golf Company | 92018-9002 | 646.92 |
| Yellow Book - Mid Atlantic | 07101-0347 | 403.74 |
| Heritage Plantation Golf and Country Club | 32567 | (12,668.21) |

**Exhibit "C"**
**Certificate of Insurance**

*ACORD®*

# CERTIFICATE OF LIABILITY INSURANCE

OP ID: BH

| DATE (MM/DD/YYYY) |
|---|
| 05/19/11 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed.  If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | | | | |
|---|---|---|---|---|
| Earl Bacon Agency, Inc<br>3131 Lonnbladh Road<br>P.O. Box 12039<br>Tallahassee, FL 32317<br>Robert J. Nylen/A194138 | 850-878-2121<br>850-878-2128 | CONTACT NAME: | | |
| | | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| | | E-MAIL ADDRESS: | | |
| | | PRODUCER CUSTOMER ID #: | HERIT-5 | |
| | | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| INSURED    Heritage Plantation<br>502 C Capital Circle SE<br>Tallahassee, FL 32301 | | INSURER A : Southern-Owners Ins. Co. | | 10190 |
| | | INSURER B : | | |
| | | INSURER C : | | |
| | | INSURER D : | | |
| | | INSURER E : | | |
| | | INSURER F : | | |

## COVERAGES        CERTIFICATE NUMBER:        REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES.  LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY | | | | | | EACH OCCURRENCE | $ 1,000,000 |
| | X COMMERCIAL GENERAL LIABILITY | | | BINDER | 05/19/11 | 05/19/12 | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | CLAIMS-MADE  X  OCCUR | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| | POLICY   PRO-JECT   LOC | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ALL OWNED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | SCHEDULED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | HIRED AUTOS | | | | | | | $ |
| | NON-OWNED AUTOS | | | | | | | $ |
| | UMBRELLA LIAB   OCCUR | | | | | | EACH OCCURRENCE | $ |
| | EXCESS LIAB   CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED   RETENTION  $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY   Y / N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?<br>(Mandatory in NH)<br>If yes, describe under<br>DESCRIPTION OF OPERATIONS below | | N/A | | | | WC STATU-TORY LIMITS    OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
Vacant land 3201 Heritage Plantation Dr., Laurel Hill FL

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| USTRTA1<br><br>United States Trustee<br>110 E. Park Ave., Ste. 128<br>Tallahassee, FL 32301 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br>*Robert J Nylen* |

© 1988-2009 ACORD CORPORATION.  All rights reserved.

ACORD 25 (2009/09)        The ACORD name and logo are registered marks of ACORD