FORM nhgnrlp

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

---

In Re:  Southeastern Consulting & Development Company, Inc.    Bankruptcy Case No.:   11−40398−KKS
 dba Heritage Plantation, dba East Bay Preserve, dba
 Heritage Manor, dba Heritage Park
 Tax ID: 75−2976134
  Debtor

Chapter:  11
Judge:  Karen K. Specie

---

## *NOTICE OF RESCHEDULED HEARING*

   PLEASE TAKE NOTICE that a hearing will be held at 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301 on May 14, 2013 at 09:00 AM, to consider and act upon the following:

   *148* − Motion to Appoint Trustee Or Examiner Under 11 USC Section 1104 filed by Philip Alan Bates on behalf of Hill Ward Henderson, P.A.. (Bates, Philip)

   Please Note: All hearings are non−evidentiary unless so noted. If evidence will be required, this hearing will be treated as a preliminary hearing.

Dated: May 1, 2013                                                         William W. Blevins , Clerk of Court
                                                                           110 East Park Avenue
                                                                           Suite 100
                                                                           Tallahassee, FL 32301


Service to:
   All parties in interest