UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:                                                                                           Chapter 11 Case

SOUTHEASTERN CONSULTING &
DEVELOPMENT, INC.,                                                          Case No. 11-40398-KKS
a Florida Corporation

       Debtor
_____/

**DEBTOR'S AGREED MOTION TO CONTINUE HEARING ON HILL, WARD & HENDERSON, P.A.'S, MOTION FOR ORDER TO APPOINT A TRUSTEE OR EXAMINER UNDER 11 U.S.C. § 1104 [D.E. 148]**

      Southeastern Consulting and Development, Inc. (the "Debtor"), the above-captioned debtor and debtor-in-possession, by and through its undersigned counsel, respectfully requests that the Court enter an Order continuing the hearings currently scheduled for May 14, 2013 at 9:00 a.m. on Hill, Ward & Henderson, P.A.'s, *Motion for Order to Appoint a Trustee or Examiner Under 11 U.S.C. § 1104* (the "Motion to Appoint Trustee") (D.E. 148),  and respectfully states as follows:

      1.     This case was commenced on May 17, 2011, by the filing of a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

      2.     The Motion to Appoint Trustee asserts that cause exists under 11 U.S.C. § 1104(a) to appoint a trustee, and that appointment of a trustee is in the best interests of the estate. Alternatively, the Motion to Appoint Trustee seeks the appointment of an examiner.

      3.     On December 13, 2012, an adversary proceeding (Adv. Pro. No. 12-04028-KKS) was commenced by the filing of a Complaint which, *inter alia*, sought the appointment of a trustee or an examiner in this case.  The Complaint was dismissed at a hearing held on February 15, 2013, with leave to amend.  The Amended Complaint (D.E. 37) raises many of the same allegations as the Motion to Appoint Trustee, and has been subject to Motions to Dismiss by  the

Debtor (D.E. 41), Phoenix Realty Partners, Inc., Water Reclamation of Northwest Florida, and Louis Weltman (D.E. 42), and by Douglas E. Turner (D.E. 40), and the Joinder of by Heritage Plantation Community Development District and Board of Supervisors of Heritage Plantation Community Development District (D.E. 44). Like the Motion to Appoint Trustee, the Motions to Dismiss are set for hearing on May 14, 2013 at 9:00 a.m.

4. The Debtor is meeting with Hill, Ward & Henderson, P.A. and the Plaintiffs in the Adversary Proceeding to discuss the issues raised in the Motion to Appoint Trustee and in the Motions to Dismiss.

5. The Parties have agreed to this Motion to request a brief continuance until such meetings and discussions have concluded.

**WHEREFORE** the Debtor respectfully requests that the Court enter an Order continuing the hearings scheduled for May 14, 2013, and grant any and all such other and further relief as is just and equitable.

**I HEREBY CERTIFY** that a true copy of the foregoing has been served on this 7th day of May, 2013, by electronic transmission through the Court's CM/ECF system upon all parties on the attached CM/ECF Service List, and via first class, U.S. Mail upon all parties on the attached Master Service List, to the extent that such parties were not already served electronically through the Court's CM/ECF System.

BERGER SINGERMAN LLP
Attorneys for Debtor
125 South Gadsden Street, Suite 300
Tallahassee, FL 32301
Tel. (850) 561-3010
Fax (850) 561-3013

By: /s/ Brian G. Rich
    Brian G. Rich
    Florida Bar No. 038229
    brich@bergersingerman.com
    Michael H. Moody
    Florida Bar No. 66471
    mmoody@bergersingerman.com

**CM/ECF SERVICE LIST**

Robert A. Soriano, Esq.
Greenberg Traurig, P.A.
625 East Twiggs Street, Suite 100
Tampa, FL 33602
sorianor@gtlaw.com

Jonathan T. Holloway, Esq.
369 N. Main Street
Crestview, FL 32536
jholloway@okaloosalaw.com

Philip Alan Bates, Esq.
Philip A. Bates, P.A.
P. O. Box 1390
Pensacola, FL 32591-1390
philipbates@bellsouth.net

Ralph Hamilton Schofield, Jr.
2113 Lewis Turner Boulevard
Suite 100
Fort Walton Beach, FL 32547
rschofield@kaglawfirm.com

Elba N. Serrano-Torres
Williams Gautier
P.O. Box 4128
Tallahassee, FL 32315-4128
bk@wggdlaw.com

Ronald B. Lewis, Esq.
Bearden Lewis & Thomas
445 East Palmetto Park Road
Boca Raton, FL 33432
rlewis@beltlawyers.com

Mark D. Hildreth, Esq.
Shumaker Loop & Kendrick, LLP
P.O. Box 49948
Sarasota, FL 34230-6948
mhildreth@slk-law.com

Sarah St. John Walton
Philip A. Bates, P.A.
P.O. Box 1390
Pensacola, FL 32591-1390
swalton@philipbates.net

Keith L. Bell, Jr., Esq.
Clark, Partington, Hart, et al.
106 East College Avenue, Suite 600
Tallahassee, FL 32301
kbell@cphlaw.com

William E. Bond, Jr., Esq.
Clark, Partington, Hart, et al.
P.O. Box 13010
Pensacola, FL 32591-3010
wbond@cphlaw.com

Robert James Powell, Esq,
Clark Partington Hart
P.O. Box 13010
Pensacola, FL 32591-3010
rpowell@cphlaw.com

Marc P. Solomon, Esq.
Burr and Forman LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
msolomon@burr.com

Jason H. Egan, Esq.
Office of the U.S. Trustee
110 E. Park Avenue, Suite 128
Tallahassee, FL 32301
jason.h.egan@usdoj.gov

| | | |
|---|---|---|
| **Southern Consulting & Development Company, Inc.**<br>**16637-0001**<br>**Master Service List** | Southeastern Consulting & Development Company, Inc.<br>6615 W. Boynton Beach Blvd.<br>Ste. 396<br>Boynton Beach, FL 33437 | BB&T<br>1800 Second Street<br>Suite 100<br>Sarasota, FL 34236 |
| Heritage Plantation CDD<br>3434 Colwell Avenue<br>Suite 200<br>Tampa, FL 33614 | Trustmark National Bank<br>238 Scenic Gulf Drive<br>Miramar Beach, FL 32550 | Okaloosa County Property Tax Collector<br>73 Eglin Parkway NE, Suite 201<br>Ft. Walton Beach, FL 32548 |
| Bill Salter Advertising, Inc.<br>P.O. Box 761<br>Milton, FL 32572 | First Florida Bank<br>P.O. Box 128<br>Destin, FL 32540 | Harrell's<br>P.O. Box 402927<br>Atlanta, GA 30384-2927 |
| Hill Ward Henderson, P.A.<br>P.O. Box 2532<br>Tampa, FL 33614 | Hyatt & Stubblefield, P.C.<br>Peachtree Center South Tower<br>225 Peachtree St. NE, Suite 1200<br>Atlanta, GA 30303 | John Deere Credit<br>P.O. Box 650215<br>Dallas, TX 75265-0215 |
| Kubota Credit Corporation<br>USA<br>P.O. Box 0559<br>Carol Stream, IL 60132-0559 | LESCO, Inc.<br>24110 Network Place<br>Chicago, IL 60673-1241 | Jerry D. Mitchem<br>1645 Dad's Road<br>Baker, FL 32531 |
| Mobile Mini, Inc.<br>P.O. Box 79149<br>Phoenix, AZ 85062-9149 | Powerplan<br>P.O. Box 650215<br>Dallas, TX 75265-0215 | Regal Chemical Company<br>P.O. Box 403368<br>Atlanta, GA 30384-3368 |
| RPI Media, Inc.<br>265 Racine Drive, Suite 201<br>Wilmington, NC 28403 | Shutts & Bowen LLP<br>1500 Miami Center<br>201 S. Biscayne Boulevard<br>Miami, FL 33131-9767 | South Coast Golf Guide<br>P.O. Box 11278<br>Pensacola, FL 32524-1278 |
| Taylor Made Golf Company, Inc.<br>P.O. Box 406043<br>Atlanta, GA 30384-6043 | The Water Spigot, Inc.<br>5806 Highway 22<br>Panama City, FL 32404 | Williams Scotsman<br>P.O. Box 91975<br>Chicago, IL 60693-1975 |
| Yamaha<br>USA Dept. CH 14022<br>Palatine, IL 60055-0586 | Robert A. Soriano, Esq.<br>Greenberg Traurig, P.A.<br>625 East Twiggs Street, Suite 100<br>Tampa, FL 33602 | Robert B. Lewis, Esq.<br>Bearden Lewis & Thomas<br>445 East Palmetto Park Road<br>Boca Raton, FL 33432 |

| | | |
|---|---|---|
| Philip Alan Bates, Esq.<br>Philip A. Bates, P.A.<br>P. O. Box 1390<br>Pensacola, FL 32591-1390 | Keith L. Bell, Jr., Esq.<br>Clark, Partington, Hart, et al.<br>106 East College Avenue, Suite 600<br>Tallahassee, FL 32301 | William E. Bond, Jr., Esq.<br>Clark, Partington, Hart, et al.<br>P.O. Box 13010<br>Pensacola, FL 32591-3010 |
| Marc P. Solomon, Esq.<br>Burr and Forman LLP<br>420 North 20th Street, Suite 3400<br>Birmingham, AL 35203 | Jason H. Egan<br>Office of the U. S. Trustee<br>110 E. Park Avenue<br>Suite 128<br>Tallahassee, FL 32301 | Hon. Pamela Cothran Marsh<br>U.S. Attorney<br>111 N. Adams Street, 4th Floor<br>U.S. Courthouse<br>Tallahassee, FL 32301 |
| The Honorable Eric H. Holder, Jr.<br>Attorney General of the U.S.<br>950 Pennsylvania Avenue, NW<br>Room 4400<br>Washington, DC  20530-0001 | Internal Revenue Service<br>Insolvency Unit<br>1211 Governor's Square<br>Tallahassee, FL 32301 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Susan Sherrill, Esq.<br>Securities and Exchange Commission<br>Branch of Reorganization<br>950 East Paces Ferry Road, NE, #900<br>Atlanta, GA 30326-1382 | | |