FORM nhgnrlp (Rev. 06/14)

# UNITED STATES BANKRUPTCY COURT
Northern District of Florida
Tallahassee Division

In Re:  Southeastern Consulting & Development Company, Inc.   Bankruptcy Case No.:   11–40398–KKS
dba Heritage Plantation, dba East Bay Preserve, dba
Heritage Manor, dba Heritage Park
Tax ID: 75–2976134
  Debtor

Chapter:  11
Judge:  Karen K. Specie

## *NOTICE OF RESCHEDULEDNON–EVIDENTIARY HEARING*

   PLEASE TAKE NOTICE that a hearing will be held at 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301 on March 10, 2015 at 02:00 PM, Eastern Time, to consider and act upon the following:

   *398* – Motion to Approve Compromise under Rule 9019 Motion to Approve Settlement Agreement, Non–Disparage, and General Release Agreement filed by Brian G. Rich on behalf of Southeastern Consulting & Development Company, Inc.. (Rich, Brian)

Dated: February 23, 2015

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**Service:** The moving party or its counsel shall serve notice of the hearing pursuant to the applicable Rules and file a certificate of service within three (3) days of the entry of the notice.