FORM nhgnrlp (Rev. 06/14)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re: Southeastern Consulting & Development Company, Inc.  Bankruptcy Case No.: 11–40398–KKS
dba Heritage Plantation, dba East Bay Preserve, dba
Heritage Manor, dba Heritage Park
Tax ID: 75–2976134
  Debtor

Chapter: 11
Judge: Karen K. Specie

## *NOTICE OF CONTINUED NON–EVIDENTIARY HEARING*

    PLEASE TAKE NOTICE that a hearing will be held at 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301 on May 13, 2015 at 09:30 AM, Eastern Time, to consider and act upon the following:

    *395* – Emergency Motion for Determination That Automatic Stay is Inapplicable to the Action Filed by U.S. Bank Against the Heritage Plantation Community Development District and Its Board of Supervisors, and Request for Hearing filed by Jonathan Sykes on behalf of U.S. Bank N.A. as Indenture Trustee. (Attachments: # 1 Exhibits A and B # 2 Exhibit C # 3 Exhibit D # 4 Exhibit E # 5 Exhibit F) (Sykes, Jonathan)SUBMISSION ERROR: IMPROPER CERTIFICATE OF SERVICE Modified on 2/19/2015 (Davis, Lisa).

Dated: March 3, 2015

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**Service:** The moving party or its counsel shall serve notice of the hearing pursuant to the applicable Rules and file a certificate of service within three (3) days of the entry of the notice.