UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:

SOUTHEASTERN CONSULTING &
DEVELOPMENT COMPANY, INC.,

       Debtor.
_____/

Case No. 11-bk-40398-KSS
Chapter 11

# ORDER ON STEPHEN C. RIGGS, III, HERITAGE FFR, LLC, AND AFFABLE, INC.'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF REORGANIZATION FOR SOUTHEASTERN CONSULTING & DEVELOPMENT COMPANY, INC.
**(Doc. No. 419)**

**THIS CASE** came before the Court for hearing on May 28, 2015, at 10:00 a.m. (the "**Hearing**"), to consider final approval of *Stephen C. Riggs, III, Heritage FFR, LLC, and Affable, Inc.'s Disclosure Statement with Respect to Plan of Reorganization for Southeastern Consulting & Development Company, Inc.* (Doc. No. 419) (the "**Disclosure Statement**") filed by Stephen C. Riggs, III, Heritage FFR, LLC, and Affable, Inc. (collectively, the "**Proponents**"), the *Objection to Disclosure Statement with Respect to Plan of Reorganization for Southeastern Consulting & Development Company, Inc.* (Doc. No. 433) (the "**Objection**") filed by U.S. Bank N.A., as Indenture Trustee, and the response to the Objection filed by the Proponents (Doc. No. 458) (the "**Response**"). The Court has considered the Disclosure Statement, the Objection, and the Response, together with the record and the arguments and proffers of counsel, and for the reasons stated orally and recorded in open court that shall constitute the decision of the Court as if fully set forth herein, it is

      **ORDERED:**

    1.   **Deadline for Filing Amended Disclosure Statement.** The Disclosure Statement filed by the Proponents on April 3, 2015 will not be approved at this time. The Proponents shall

file an amended disclosure statement (the "**Amended Disclosure Statement**") within fourteen (14) days from the date of the Hearing.

2. **Deadline for Filing Objections to the Amended Disclosure Statement.**  All creditors and parties-in-interest shall have fourteen days from the filing of the Amended Disclosure Statement to file any objections to the Amended Disclosure Statement.  If no objections to the Amended Disclosure Statement are timely filed, the Court shall approve the Amended Disclosure Statement without further hearing and enter an order scheduling a confirmation hearing.

3. **Hearing on Timely Filed Objections to the Amended Disclosure Statement.**  If objections to the Amended Disclosure Statement are timely filed, the Court shall conduct a hearing on final approval of the Amended Disclosure Statement on **July 7, 2015, at 10:30 a.m., at the United States Courthouse, 401 SE First Ave., Gainesville, Florida 32601**.

4. **Section 1111(b) Election.**  Any party desiring to make an election pursuant to Section 1111(b) of the Bankruptcy Code shall file a notice of such election ("**Section 1111(b) Notice**") on or before July 1, 2015.  Any objections to a Section 1111(b) Notice shall be filed on or before 12:00 p.m. on July 6, 2015 ("**Section 1111(b) Objection**").  In the event a creditor or party-in-interest timely files a Section 1111(b) Notice and an objection to such notice is filed, the Court shall conduct a hearing on such Section 1111(b) Notice and Section 1111(b) Objection on **July 7, 2015, at 10:30 a.m., at United States Courthouse, 401 SE First Ave., Gainesville, Florida 32601**.

**DONE** and **ORDERED** on  June 17, 2015  ~~2014~~.

_____
Karen K. Specie
United States Bankruptcy Judge

Attorney David S. Jennis is directed to serve a copy of this order on interested parties and file a certificate of service within 3 business days of entry of the order.

Copies to be provided via CM/ECF or BNC to:
**David S. Jennis**, Jennis & Bowen, P.L., 400 N. Ashley Drive, Suite 2540, Tampa, FL 33602
**Jason M. Osborn**, Osborn Group, LLC, 308 Magnolia Ave., Suite 102, Fairhope, AL 36532
**Brian G. Rich**, Berger Singerman LLP, 125 South Gadsden Street, Suite 300, Tallahassee, FL 32301
**David Lloyd Merrill**, Ozment Merrill, 2001 Palm Beach Lakes, Suite 410, West Palm Beach, FL 33409
**Marc Solomon**, Burr & Forman LLP, 420 North 20th Street, Suite 3400, Birmingham, AL 35203
**Eric S. Golden**, Burr & Forman LLP, 200 South Orange Avenue, Suite 800, Orlando, FL 32802
**Philip A. Bates**, Philip A. Bates, P.A., P.O. Box 1390, Pensacola, FL 32591-1390
**Sarah S. Walton**, Philip A. Bates, P.A., P.O. Box 1390, Pensacola, FL 32591-1390
**Douglas M. Smith**, Hopping Green & Sams, P.A., 119 S. Monroe Street, Suite 300, P.O. Box 6526, Tallahassee, FL 32314
**Michael Eckert**, Hopping Green & Sams, P.A., 119 S. Monroe Street, Suite 300, P.O. Box 6526, Tallahassee, FL 32314

Prepared by David S. Jennis